# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| GRANGE MUTUAL CASUALTY COMPANY, | : | No. 159 WAL 2020 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| MILANO ENTERPRISES, INC. F/K/A PIZZA MILANO ENTERPRISES, INC., PIZZA MILANO, INC. T/D/B/A PIZZA MILANO, SEA ENTERPRISES, LLC T/D/B/A MILANO PIZZA MARKET, AND ASHLEY TAIT, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAROL TAIT A/K/A CAROL LOWREY-TAIT, DECEASED, LEE KRENKE AND CHARLENE KRENKE AS CO-ADMINISTRATORS OF THE ESTATE OF STEVEN VINCENT KRENKE, DECEASED, LEE KRENKE, CHARLENE KRENKE, AND MICHAEL KRENKE, INDIVIDUALLY, | : : : : : : : : : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.